NEIL A. SMITH (No. 63777)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4024
Telephone:   415/434-9100
Facsimile:    415/403-6084

Attorneys for Defendant
NOIR MEDICAL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>NOIR MEDICAL TECHNOLOGIES, a Michigan corporation,<br><br>                    Defendant. | No. C 04 04631 CRB<br><br>SUBSTITUTION OF COUNSEL |

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

TO THE ABOVE-CAPTIONED COURT AND TO THE PARTIES:

Defendant Noir Medical Technologies hereby substitutes Neil A. Smith, Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center 17th Floor, San Francisco, California 94111, phone number (415) 434-9100, fascimile number (415) 403-6084, email address nsmith@sheppardmullin.com, as its counsel of record in the above-captioned action in place of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation.

WE CONSENT TO THE ABOVE SUBSTITUTION:

Dated: August 22, 2005.

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABIN
A Professional Corporation

By: /s/ STEVEN E. SCHON

ON BEHALF OF SHEPPARD MULLIN RICHTER & HAMPTON LLP AND AS AUTHORIZED AGENT FOR DEFENDANT NOIR MEDICAL TECHNOLOGIES, FOR THE SOLE PURPOSE OF THIS SUBSTITUTION, WE CONSENT TO AND ACCEPT THE ABOVE SUBSTITUTION:

Dated: August 22, 2005.

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ NEIL A. SMITH

August 23, 2005



APPROVED
Judge Charles R. Breyer

SUBSTITUTION OF COUNSEL
-1-

C 04 04631