SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Email:       nsmith@sheppardmullin.com

Attorneys for Defendant
NOIR MEDICAL TECHNOLOGIES

McDERMOTT WILL & EMERY LLP
DAVID S. BLOCH, Bar No. 184530
JENNIFER L. ISHIMOTO, Bar No. 211845
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650-813-5000
Facsimile:   650-813-5100
Email:       dbloch@mwe.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,,<br><br>         Plaintiff,<br><br>    v.<br><br>NOIR MEDICAL TECHNOLOGIES, a Michigan corporation,,<br><br>         Defendant. | Case No. C-04 04631 (CRB)<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE AND EARLY NEUTRAL EVALUATION** |

       Plaintiff, DIOPTICS MEDICAL PRODUCTS, INC., and Defendant, NOIR MEDICAL TECHNOLOGIES, by their counsel, hereby stipulate to extend the dates for the Case Management Conference, currently set for August 26, 2005, to October 7, 2005, at 8:30 A.M., or such other date as may be set by the Court. This extension is requested at the Defendant counsel's

1  request, for the reason that Defendant's principal counsel has recently changed law firms, and
2  Defendant's principal counsel has a long scheduled short vacation to Ashland, Oregon for the same
3  date as the current Case Management Conference.
4        The parties, also by their stipulation, extend the date for completion of the Early
5  Neutral Evaluation, set under the Court's ADR program to October 31, 2005.  The parties, because
6  of their schedule and the fact that both companies are in the sunglass business, where the active
7  season is during the Summer months, have been unable to schedule the Early Neutral Evaluation
8  with the evaluator, but believe that they can do so in the Fall.

Respectfully submitted,

DATED:  August 22, 2005       SHEPPARD MULLIN RICHTER & HAMPTON LLP

By       /s/ Neil A. Smith
         Neil A. Smith

Attorney for Defendant
NOIR MEDICAL TECHNOLOGIES

Respectfully submitted,

DATED:  August 22, 2005       McDERMOTT WILL & EMERY LLP

By       /s/ Jennifer L. Ishimoto
         David S. Bloch
         Jennifer L. Ishimoto

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

**ORDER**

Good cause appearing therefore, it is hereby ORDERED that the parties shall complete ENE by October 31, 2005, and that the Case Management Conference scheduled for August 26, 2005, is continued until October 7, 2005.

IT IS SO ORDERED.

DATED: August 23, 2005

_____
Hon. Charles R. Breyer
United States District Court

*APPROVED — Judge Charles R. Breyer* [seal: United States District Court, Northern District of California]