DAVID S. BLOCH (No. 184530)
JENNIFER L. ISHIMOTO (No. 211845)
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650-813-5000
Facsimile:    650-813-5100
Email: dbloch@mwe.com
       jishimoto@mwe.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

NEIL A. SMITH (No. 63777)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        nsmith@sheppardmullin.com

Attorney for Defendant
NOIR MEDICAL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOIR MEDICAL TECHNOLOGIES, a Michigan corporation,<br><br>Defendant. | CASE NO. C-04 04631 (CRB)<br><br>**ELECTRONIC FILING CASE**<br><br>**JOINT STIPULATION REQUESTING EXTENSION TO COMPLETE EARLY NEUTRAL EVALUATION** |

The parties requested an early ADR process, Early Neutral Evaluation, at the Initial Case Management Conference. While the parties were willing to conduct the ENE before the scheduled October 31, 2005, deadline, Court-appointed evaluator Kenneth Weed has informed

JOINT STIPULATION REQUESTING
EXTENSION TO COMPLETE ENE AND
CONTINUE CMC

CASE NO. C-04 04631 (CRB)

the parties that he is unavailable for the entire month of October. *See* Attachment A, e-mail from K. Weed to parties dated 10/4/05. Thus, the parties ask that this Court extend the deadline to complete the ENE process to November 30, 2005. In the meantime, the parties have commenced discovery, so that should the ENE fail to resolve the matter, progress toward trial will not be further delayed.

Dated: October 6, 2005

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: /s/
David S. Bloch
Jennifer L. Ishimoto

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Dated: October 6, 2005

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/
Neil A. Smith

Attorney for Defendant
NOIR MEDICAL TECHNOLOGIES

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the parties shall complete ENE by November 30, 2005.

IT IS SO ORDERED.

Dated: October 7, 2005

Hon. C[...]
United[...]

*[APPROVED stamp — Judge Charles R. Breyer, United States District Court, Northern District of California]*

JOINT STIPULATION REQUESTING
EXTENSION TO COMPLETE ENE AND
CONTINUE CMC

- 2 -

CASE NO. C 04 04631 (CRB)