McDERMOTT WILL & EMERY LLP
DAVID S. BLOCH, State Bar No. 184530
JENNIFER L. ISHIMOTO, State Bar No. 211845
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650-813-5000
Facsimile: 650-813-5100
Email: dbloch@mwe.com
jishimoto@mwe.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.


SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: nsmith@sheppardmullin.com

Attorneys for Defendant
NOIR MEDICAL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> NOIR MEDICAL TECHNOLOGIES, a Michigan corporation,, <br><br> Defendant. | Case No. C-04 04631 (CRB) <br><br> **STIPULATION AND ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE** |

Plaintiff, DIOPTICS MEDICAL PRODUCTS, INC., and Defendant, NOIR MEDICAL TECHNOLOGIES, by their counsel, hereby stipulate to extend the dates for the Case Management Conference, currently set for February 3, 2006, to March 3, 2006, at

STIPULATION AND ORDER EXTENDING         -1-         CASE NO. C-04-04631 (CRB)

1  8:30 A.M., or such other date as may be set by the Court. The parties have been in
2  settlement negotiations, and ask for the extension in hopes of finalizing a settlement.

3                                         Respectfully submitted,

4  DATED: January 27, 2006              McDERMOTT WILL & EMERY LLP

6                                 By         /s/ Jennifer L. Ishimoto
                                             _____
                                             David S. Bloch
7                                            Jennifer L. Ishimoto

8                                            Attorneys for Plaintiff
9                                       DIOPTICS MEDICAL PRODUCTS, INC.

11                                        Respectfully submitted,

12 DATED: January 27, 2006              SHEPPARD MULLIN RICHTER & HAMPTON LLP

14                                 By        /s/ Neil A. Smith
                                             _____
15                                           Neil A. Smith

16                                           Attorney for Defendant
17                                       NOIR MEDICAL TECHNOLOGIES

19                                           **ORDER**

20     Good cause appearing therefore, it is hereby ORDERED that the Case Management
21 Conference scheduled for February 3, 2006, is continued until March 3, 2006.

22     IT IS SO ORDERED.

24 DATED:  January 30, 2006
25                                      Hon. Charles R. Breyer
                                        United States District Judge

26 MPK 103338-1.070302.0020

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]

STIPULATION AND ORDER EXTENDING ...                2                CASE NO. C-04-04631 (CRB)