1  McDERMOTT WILL & EMERY LLP
   DAVID S. BLOCH, State Bar No. 184530
2  JENNIFER L. ISHIMOTO, State Bar No. 211845
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:    650-813-5000
4  Facsimile:     650-813-5100
   Email:          dbloch@mwe.com
5                 jishimoto@mwe.com

6  Attorneys for Plaintiff
   DIOPTICS MEDICAL PRODUCTS, INC.
7

8  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
9  Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
10 Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
11 Telephone:    415-434-9100
   Facsimile:     415-434-3947
12 Email:          nsmith@sheppardmullin.com

13 Attorneys for Defendant
   NOIR MEDICAL TECHNOLOGIES
14

15
                       UNITED STATES DISTRICT COURT
16
                      NORTHERN DISTRICT OF CALIFORNIA
17

18
   DIOPTICS MEDICAL PRODUCTS, INC.,           Case No. C-04 04631 (CRB)
19 a California corporation,
                                              **JOINT STIPULATION AND ORDER
20              Plaintiff,                    EXTENDING DATE FOR CASE
                                              MANAGEMENT CONFERENCE**
21      v.

22 NOIR MEDICAL TECHNOLOGIES,
   a Michigan corporation,
23
                Defendant.
24

25
        Plaintiff, DIOPTICS MEDICAL PRODUCTS, INC., and Defendant, NOIR MEDICAL
26
   TECHNOLOGIES, by their counsel, hereby stipulate to extend the dates for the Case
27
                                                        7
28 Management Conference, currently set for March 3, 2006, to April 5̶, 2006, at 8:30 a.m., or such

   **STIPULATION AND ORDER EXTENDING**        -1-                    CASE NO. C-04-04631 (CRB)
   **DATE FOR CMC**

Case 3:04-cv-04631-CRB   Document 28   Filed 03/01/06   Page 2 of 2

other date as may be set by the Court. The parties have been in settlement negotiations, and ask for the extension in hopes of finalizing a settlement.

DATED: February 28, 2006                Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By   /s/ Jennifer L. Ishimoto
     David S. Bloch
     Jennifer L. Ishimoto

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

DATED: February 28, 2006                Respectfully submitted,

SHEPPARD MULLIN RICHER & HAMPTON LLP

By   /s/ Neil A. Smith
     Neil A. Smith

Attorneys for Defendant
NOIR MEDICAL TECHNOLOGIES

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the Case Management Conference scheduled for March 3, 2006, is continued until April 7, 2006.

IT IS SO ORDERED.

DATED:  March 01, 2006            _____
                                  Honorable. Charles R. Breyer, Judge
                                  United States District

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER EXTENDING          -2-                    CASE NO. C-04-04631 (CRB)
DATE FOR CMC