McDERMOTT WILL & EMERY LLP
DAVID S. BLOCH, State Bar No. 184530
JENNIFER L. ISHIMOTO, State Bar No. 211845
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650-813-5000
Facsimile:   650-813-5100
Email:       dbloch@mwe.com
             jishimoto@mwe.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Email:       nsmith@sheppardmullin.com

Attorneys for Defendant
NOIR MEDICAL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NOIR MEDICAL TECHNOLOGIES, a Michigan corporation,<br><br>            Defendant. | Case No. C-04 04631 (CRB)<br><br>**JOINT STIPULATION AND ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE** |

Plaintiff, DIOPTICS MEDICAL PRODUCTS, INC., and Defendant, NOIR MEDICAL TECHNOLOGIES, by their counsel, hereby stipulate to extend the dates for the Case Management Conference, currently set for April 6, 2006, to May 5, 2006, at 8:30 a.m., or such

| | | |
|---|---|---|
| STIPULATION AND ORDER EXTENDING DATE FOR CMC | -1- | CASE NO. C-04-04631 (CRB) |

other date as may be set by the Court.  The parties have been in settlement negotiations, and ask for the extension in hopes of finalizing a settlement.

DATED: March 29, 2006                Respectfully submitted,

                                             McDERMOTT WILL & EMERY LLP

                                             By     /s/ Jennifer L. Ishimoto
                                                David S. Bloch
                                                Jennifer L. Ishimoto

                                             Attorneys for Plaintiff
                                             DIOPTICS MEDICAL PRODUCTS, INC.

DATED: March 29, 2006                Respectfully submitted,

                                             SHEPPARD MULLIN RICHER & HAMPTON LLP

                                             By     /s/ Neil A. Smith
                                                Neil A. Smith

                                             Attorneys for Defendant
                                             NOIR MEDICAL TECHNOLOGIES

## ORDER

Good cause appearing therefore, it is hereby ORDERED that the Case Management Conference scheduled for April 6, 2006, is continued until May 5, 2006.

IT IS SO ORDERED.

DATED:  March 30, 2006

                                             Honorable Charles R. Breyer, Judge
                                             United States District Court