1  McDERMOTT WILL & EMERY LLP
   DAVID S. BLOCH, State Bar No. 184530
2  JOHN A. LEE, State Bar No. 229911
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone:    650-813-5000
4  Facsimile:    650-813-5100
   Email:        dbloch@mwe.com
5                jlee@mwe.com

6  Attorneys for Plaintiff
   DIOPTICS MEDICAL PRODUCTS, INC.
7

8  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
9  Including Professional Corporations
   NEIL A. SMITH, Cal. Bar No. 63777
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
11 Telephone:    415-434-9100
   Facsimile:    415-434-3947
12 Email:        nsmith@sheppardmullin.com

13 Attorneys for Defendant
   NOIR MEDICAL TECHNOLOGIES
14

15
                UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17

18
   DIOPTICS MEDICAL PRODUCTS, INC.,        Case No. C-04 04631 (CRB)
19 a California corporation,
                                           **JOINT STIPULATION AND ORDER
20              Plaintiff,                 EXTENDING DATE FOR CASE
                                           MANAGEMENT CONFERENCE**
21      v.

22 NOIR MEDICAL TECHNOLOGIES,
   a Michigan corporation,
23
                Defendant.
24

25

26      Plaintiff, DIOPTICS MEDICAL PRODUCTS, INC., and Defendant, NOIR MEDICAL

27 TECHNOLOGIES, by their counsel, hereby stipulate to extend the dates for the Case
                                                  June 16, 2006
28 Management Conference, currently set for May 5, 2006 to ~~May 12, 2006~~, at 8:30 a.m., or such

STIPULATION AND ORDER EXTENDING      -1-              CASE NO. C-04-04631 (CRB)
DATE FOR CMC

other date as may be set by the Court. The parties have been in settlement negotiations, and ask for the extension in hopes of finalizing a settlement.

DATED: April 21, 2006                    Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By    /s/ John A. Lee
   David S. Bloch
   John A. Lee

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

DATED: April 21, 2006                    Respectfully submitted,

SHEPPARD MULLIN RICHER & HAMPTON LLP

By    /s/ Neil A. Smith
   Neil A. Smith

Attorneys for Defendant
NOIR MEDICAL TECHNOLOGIES

### ORDER

Good cause appearing therefore, it is hereby ORDERED that the Case Management Conference scheduled for May 5, 2006, is continued until ~~May 12, 2006~~ June 16, 2006.

IT IS SO ORDERED.

DATED:  April 21, 2006

Honorable. Charles R. Breyer, Judge
United States District [Court]

*IT IS SO ORDERED — Judge Charles R. Breyer* (signature stamp)

STIPULATION AND ORDER EXTENDING DATE FOR CMC                 -2-                 CASE NO. C-04-04631 (CRB)