DAVID S. BLOCH (No. 184530)
JOHN A. LEE (No. 229911)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650-813-5000
Facsimile:     650-813-5100
Email: dbloch@mwe.com
         jlee@mwe.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

NEIL A. SMITH (No. 63777)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
Email:          nsmith@sheppardmullin.com

Attorney for Defendant
NOIR MEDICAL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>                  Plaintiff,<br><br>         v.<br><br>NOIR MEDICAL TECHNOLOGIES, a Michigan corporation,<br><br>                  Defendant. | CASE NO.  C-04 04631 (CRB)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Dioptics Medical Products, Inc. ("Dioptics") and defendant NoIR Medical Tehnologies ("NoIR") have reached a confidential settlement of this case. As part of this

confidential settlement, the parties have agreed to the entry of this Stipulation of Dismissal with Prejudice, including the terms and conditions set forth below:

    1.    The Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Stipulated Dismissal with Prejudice and the confidential settlement agreement reached between the parties, the terms of which are expressly incorporated herein by reference as though fully set forth.

    2.    This Stipulated Dismissal shall be binding upon and shall inure to the benefit of Dioptics and NoIR and each of their respective licensees, subsidiaries, corporate parents, affiliates, and/or successors and assigns.

    3.    This action is hereby DISMISSED WITH PREJUDICE.

Dated: July 20, 2006

Respectfully submitted,

McDermott Will & Emery LLP

By: /s/ John A. Lee
David S. Bloch
John A. Lee

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

Dated: July 20, 2006

Sheppard Mullin Richter & Hampton LLP

By: /s/ Neil A. Smith
Neil A. Smith
Attorney for Defendant
NOIR MEDICAL TECHNOLOGIES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 21, 2006

Hon. Charles
United States

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto